# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

JADA R. DUNNING,

    Plaintiff,

v.                                                    Case No: 5:22-cv-645-JSM-PRL

UNITED STATES DEPARTMENT OF
STATE, U.S. EMBASSY IN ACCRA,
GHANA, ANTONY BLINKEN and
VIRGINIA E. PALMER,

    Defendants.

## ORDER OF DISMISSAL

Before the Court is the Notice of Voluntary Dismissal (Dkt. 12). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice, each party to bear their own fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 6th day of July, 2023.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record